IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 11-0002-CG-B |
| | ) |
| AMERICAN MARINE & SALVAGE, LLC, | ) |
| | ) |
| Defendant. | ) |

### FINAL JUDGMENT

In accordance with the court's order entered this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor defendant, American Marine & Salvage, LLC, and against plaintiff, William Clark. Therefore, plaintiff's claims against said defendant are hereby **DISMISSED WITH PREJUDICE**. Costs are to be taxed against the plaintiff.

It is further **ORDERED, ADJUDGED** and **DECREED** that American Marine & Salvage, LLC's state law counterclaims of trespass and conversion are **DISMISSED**.

**DONE and ORDERED** this 1st day of May, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE